# Court of Appeals
# of the State of Georgia

ATLANTA, __July 02, 2021_____

*The Court of Appeals hereby passes the following order:*

**A21E0050.  STANLEY NATHANIEL ELLIOTT v. THE STATE.**

Upon review of Stanley Elliott's emergency motion filed pursuant to Court of Appeals Rule 40 (b), said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__07/02/2021_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*